# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Schante Y. Frazier<br>aka Schante Frazier-Kirkland<br><div align="right">Debtor(s)</div> | CHAPTER 13<br><br>BKY. NO. 16-15108 elf |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

          Respectfully submitted,

          **/s/ Matteo S. Weiner, Esquire**
          Matteo S. Weiner, Esquire
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322 FAX (215) 627-7734