**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| In Re    Schante Y. Frazier | ) | Chapter 13 |
| | ) | |
| Debtor | ) | No. 16-15108-ELF |
| | ) | |
| | ) | |


<u>**CERTIFICATION OF NO RESPONSE**</u>


I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan After Confirmation and respectfully request that the Order attached to the Motion be approved.


<u>/s/David M. Offen</u>
David M. Offen
Attorney for Debtor