## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Schante Y. Frazier aka Schante Frazier-Kirkland <br> <u>Debtor(s)</u> | CHAPTER 13 |
| Toyota Motor Credit Corporation <br> <u>Movant</u> <br> vs. | NO. 16-15108 elf |
| Schante Y. Frazier aka Schante Frazier-Kirkland <br> <u>Debtor(s)</u> | |
| William C. Miller, Esq. <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, it is hereby,

ORDERED, that the automatic stay is hereby modified under 11 U.S.C. Section 362(d) as to Movant, to permit Movant, or its successor or assignee to take possession of, and to sell, lease, and otherwise dispose of, in a commercially reasonable manner, the 2011 LEXUS ES350 with VIN # JTHBK1EG4B2451047.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Order entered by default.**

Date:  1/2/18

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**