United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Schante Y. Frazier  
     Debtor

Case No. 16-15108-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: Antoinett　　Page 1 of 1　　Date Rcvd: Jan 02, 2018  
　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2018.  
db         +Schante Y. Frazier,   3114 N. 24th Street,   Philadelphia, PA 19132-1312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2018 at the address(es) listed below:  
      DAVID M. OFFEN   on behalf of Debtor Schante Y. Frazier dmo160west@gmail.com, davidoffenecf@gmail.com  
      MATTEO SAMUEL WEINER   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Schante Y. Frazier aka Schante Frazier-Kirkland<br>Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>Movant<br>vs. | NO. 16-15108 elf |
| Schante Y. Frazier aka Schante Frazier-Kirkland<br>Debtor(s) | |
| William C. Miller, Esq.<br>Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, it is hereby,

ORDERED, that the automatic stay is hereby modified under 11 U.S.C. Section 362(d) as to Movant, to permit Movant, or its successor or assignee to take possession of, and to sell, lease, and otherwise dispose of, in a commercially reasonable manner, the 2011 LEXUS ES350 with VIN # JTHBK1EG4B2451047.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Order entered by default.**

Date:  1/2/18

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**