United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-15108-elf
Schante Y. Frazier                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Mar 27, 2019
                              Form ID: pdf900        Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.
```
db           +Schante Y. Frazier,    3114 N. 24th Street,    Philadelphia, PA 19132-1312
13762488     +American Web Loans,    2128 N. 14th Street, Suite 1#130,    Ponca City, OK 74601-1831
13762489     +Arrow Financial Services, LLC,    C/O David J. Aporthaker, Esq.,    520 Fellowship Road, C306,
              Mount Laurel, NJ 08054-3410
13762490      City of Philadelphia Tax Unit,    1401 JKF Blvd.,    Philadelphia, PA 19102-5000
13835487      Directv, LLC,   by American InfoSource LP as agent,    PO Box 5008,
              Carol Stream, IL 60197-5008
13762496     +I C System Inc,    Po Box 64378,   Saint Paul, MN 55164-0378
13762499     +PGW,   Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
              Philadelphia, PA 19122-2806
13762500     +Premier Orthopaedic and Sports,    525 West Chester Pike, Suite 203,    Havertown, PA 19083-4540
13762501     +Register of Wills, Agent,    Inheritance Tax Dept.,    Room 180, City Hall,
              Philadelphia, PA 19107-3236
13762504     +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
14116341      Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern  PA 19355-0701
13785319     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14107960      U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
              Harrisburg PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Mar 28 2019 02:47:59     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2019 02:47:35
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2019 02:47:56     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 02:49:29     Synchrony Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13849309     +E-mail/Text: megan.harper@phila.gov Mar 28 2019 02:47:59
              CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
              1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13794865     +E-mail/Text: bankruptcy@cavps.com Mar 28 2019 02:47:54     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13762491     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 28 2019 02:47:30     Comenity Bank/Ashstwrt,
              Po Box 182789,   Columbus, OH 43218-2789
13762492     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 28 2019 02:47:30     Comenity Bank/Avenue,
              Po Box 182789,   Columbus, OH 43218-2789
13762493     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 28 2019 02:47:30     Comenity Bank/Lnbryant,
              4590 E Broad St,   Columbus, OH 43213-1301
13762494     +E-mail/PDF: pa_dc_ed@navient.com Mar 28 2019 02:49:46     Dept of Ed/Navient,    PO bhox 9635,
              Wilkes Barre, PA 18773-9635
13762495     +E-mail/Text: bknotice@ercbpo.com Mar 28 2019 02:47:50     Enhanced Recovery Co L,
              8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13779693      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 28 2019 02:49:35
              LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
              LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13779696      E-mail/Text: bkr@cardworks.com Mar 28 2019 02:47:20     MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
13762497     +E-mail/Text: bkr@cardworks.com Mar 28 2019 02:47:20     Merrick Bank,    Po Box 9201,
              Old Bethpage, NY 11804-9001
13762498     +E-mail/Text: bankruptcygroup@peco-energy.com Mar 28 2019 02:47:28     Peco Energy,
              2301 Market Street,    Philadelphia, PA 19103-1380
13774969      E-mail/Text: bnc-quantum@quantum3group.com Mar 28 2019 02:47:32
              Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
13764845      E-mail/PDF: rmscedi@recoverycorp.com Mar 28 2019 02:49:21
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
13762502     +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 02:49:42     Syncb/Care Credit,
              950 Forrer Blvd,   Kettering, OH 45420-1469
13762503     +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 02:49:43     Syncb/Jcp,    Po Box 965007,
              Orlando, FL 32896-5007
13810669     +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 02:49:43     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
                                                                                               TOTAL: 20
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: Virginia              Page 2 of 2                  Date Rcvd: Mar 27, 2019
                              Form ID: pdf900             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Schante Y. Frazier dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCHANTE Y. FRAZIER                                Chapter 13

                    Debtor              Bankruptcy No. 16-15108-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: March 27, 2019**

                                        _____
                                        Eric L. Frank
                                        Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
SCHANTE Y. FRAZIER

3114 N. 24TH STREET

PHILADELPHIA, PA 19132